# COMPLAINT/REMOVAL DISMISSAL

**United States District Court**
**Southern District of New York**

Mag. Judge Dkt. No. 19 Mag 7117　　　　　　　Date 1/17/2020

USAO No. 2019R00731/305

The Government respectfully requests the Court to dismiss without prejudice the ✓ Complaint ____ Removal Proceedings in

*United States v.* Alexander Mercado Fuentes (only as to him)

The Complaint/Rule 40 Affidavit was filed on 7/31/2019

✓ *U.S. Marshals please withdraw warrant.*

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ASSISTANT UNITED STATES ATTORNEY

　　　　　　　　　　　　　　　　　　　　　　　　JULIANA MURPHY
　　　　　　　　　　　　　　　　　　　　　　　　(Print name)

**SO ORDERED:**

_____　　　　　　　_____
UNITED STATES MAGISTRATE JUDGE　　　　　　　DATE

---

Distribution:　White → Court　　Yellow → U.S. Marshals　　Green → Pretrial Services　　Pink → AUSA Copy